## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Ari Givony, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>University of Michigan and the Regents of the University of Michigan,<br><br>　　　　　Defendant. | Case No.: 4:23-cv-12783-SDK-EAS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ari Givony ("Plaintiff") hereby gives notice that this action is voluntarily dismissed. Defendants University of Michigan and the Regents of the University of Michigan have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Federal Rule of Civil Procedure 41(a)(1)(B).

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: February 16, 2024　　　　　　*/s/Philip J. Krzeski*
　　　　　　　　　　　　　　　　　　Bryan L. Bleichner (CAL BAR # 220340)
　　　　　　　　　　　　　　　　　　Philip J. Krzeski (MN BAR #0403291)
　　　　　　　　　　　　　　　　　　**CHESTNUT CAMBRONNE PA**
　　　　　　　　　　　　　　　　　　100 Washington Avenue South, Suite 1700
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　Telephone: (612) 339-7300
　　　　　　　　　　　　　　　　　　Facsimile: (612) 336-2940
　　　　　　　　　　　　　　　　　　*bbleichner@chesnutcambronne.com*
　　　　　　　　　　　　　　　　　　*pkrzeski@chestnutcambronne.com*

2

Joseph M. Lyon (OH BAR #0076050)
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, Ohio 45208
Telephone: (513) 381-2333
Facsimile: (513) 766-9011
*jlyon@thelyonfirm.com*

*Attorneys for Plaintiff and the Proposed Class*